**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Stuart James PROPER, Petitioner**

**No. 47 WAL 2017**

Supreme Court of Pennsylvania.

June 5, 2017

**Jeffrey Lynn NAGLE, Executor of the Estate of Douglas Edward Bell, Deceased, Petitioner**

v.

**TRUEBLUE, INC., Labor Ready, Inc. and Labor Ready Northeast, Inc. and Rye Township, Respondents**

**No. 835 MAL 2016**

Supreme Court of Pennsylvania.

June 2, 2017

## ORDER

PER CURIAM

AND NOW, this 5th day of June, 2017, the Petition for Allowance of Appeal is DENIED.

## ORDER

PER CURIAM

AND NOW, this 2nd day of June, 2017, the Petition for Allowance of Appeal is DENIED.